JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE STEPHENS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; KELLIE ROLLINS, an Individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:23-CV-00103 SPG (SHKX)<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO F.R.C.P. 41(A)(1)(A)(II**<br><br>District Judge: Hon. Sherilyn Peace Garnett<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br><br>FPTC:   2/07/2024<br>Trial:   2/27/2024 |

## ORDER

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: October 5, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE